Daniel I. Aquino (NSBN 12682)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
daquino@mcdonaldcarano.com

*Attorneys for LHK, LLC dba Firehouse Subs*

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EMERALD SAPEDE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LHK, LLC dba FIREHOUSE SUBS; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 3:26-cv-00582-ART-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COLLECTIVE AND CLASS ACTION COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Emerald Sapede ("Sapede" or "Plaintiff") and Defendant LHK, LLC dba Firehouse Subs ("LHK" or "Defendant"), by and through their respective counsel of record, hereby agree, stipulate and respectfully request that the Court extend the deadline for Defendant to answer or otherwise respond to Plaintiff's Collective and Class Action Complaint (ECF No. 1) by 30 days, from September 8, 2026 to October 8, 2026.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This is the first request to extend LHK's responsive pleading deadline for the Complaint. The undersigned represent that this stipulation is not designed for purposes of delay.

Dated: September 8, 2026.

McDONALD CARANO LLP

By: */s/ Daniel I. Aquino*
Daniel I. Aquino (NSBN 12682)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
daquino@mcdonaldcarano.com

*Attorneys for Defendant*

THIERMAN BUCK

By: */s/ Joshua D. Buck*
Joshua D. Buck (NSBN 12187)
Leah L. Jones (NSBN 13161)
325 W. Liberty Street
Reno, Nevada 89501
josh@thiermanbuck.com
leah@thiermanbuck.com

*Attorneys for Plaintiff*

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: September 8, 2026

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966