**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EMERALD SAPEDE, on behalf of herself and all others similarly situated,<br>Plaintiff,<br><br>vs.<br><br>LHK, LLC dba FIREHOUSE SUBS; and DOES 1 through 50, inclusive,<br>Defendant(s). | Case No.: 3:26-cv-00582-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO STAY PROCEEDINGS FOR NINETY (90) DAYS PENDING SETTLEMENT DISCUSSIONS**<br><br>**FIRST REQUEST** |

Plaintiff EMERALD SAPEDE ("Sapede" or "Plaintiff") and Defendant LHK, LLC dba FIREHOUSE SUBS ("LHK" or "Defendant"), (collectively "PARTIES"), by and through their respective counsel of record, hereby agree, stipulate and respectfully request that this Court enter an order to stay proceedings in this matter for ninety (90) days while the Parties engage in early settlement discussions.

**RECITALS**

1) Plaintiff filed her Complaint in this action on July 31, 2026. ECF No. 1.

2) Defendant was served the Complaint, supporting Exhibits and Summons on August 18, 2026. ECF No. 4

3) The Parties stipulated to an extension of time for Defendant to file its answer or responsive pleading to Plaintiff's complaint. ECF No. 5. The extension of time was granted by this Court on September 9, 2026, moving its response deadline 30 days to October 8, 2026 . ECF No. 6.

4) The Parties have recently engaged in preliminary discussions regarding a potential resolution of this matter and believe in good faith that the action maybe resolved without further litigation.

5) The Parties believe that a temporary stay of all proceedings will allow them to focus their efforts and resources on a good-faith attempt to resolve this matter and will avoid unnecessary litigation expenses and will conserve the resources of the Court.

6) This stipulation is made in good faith and not for purposes of delay. Good cause therefore exists for the stay requested herein.

**STIPULATION**

NOW, THEREFORE, the Parties stipulate and respectfully request that this Court order as follows:

1) All proceedings in this action, including all pending deadlines are stayed for ninety (90) days from the date of this Court's order approving this Stipulation (the "Stay Period").

2) During the Stay Period, the Parties shall engage in good-faith settlement discussions.

3) No later than fourteen (14) days after the Stay Period expires, the Parties shall file either: i. a notice of settlement or stipulation of dismissal, or ii. a joint status report advising the Court of the status of settlement discussions.

4) Any party may move to lift the stay before the Stay Period expires upon seven (7) days written notice to the other Party if, in that Party's judgement settlement discussions have reached an impasse.

5) Upon expiration or lifting of the stay, all deadlines that had not yet passed as of the date of the stay order shall be extended by the number of days the stay was in effect, unless the Court orders otherwise.

6) Nothing in this Stipulation shall constitute a waiver of, or otherwise prejudice, any claim, defense, objection, or right of any Party, all of which are expressly preserved.

DATED: October 6, 2026

THIERMAN BUCK

By: */s/ Joshua D. Buck*
Joshua D. Buck (NSBN 12187)
Leah L. Jones (NSBN 13161)
325 W. Liberty Street
Reno, Nevada 89501
josh@thiermanbuck.com
leah@thiermanbuck.com

*Attorneys for Plaintiff and the putative classes*

DATED: October 6, 2026

McDONALD CARANO LLP

By: */s/ Daniel I. Aquino*
Daniel I. Aquino (NSBN 12682)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
daquino@mcdonaldcarano.com

*Attorney for Defendant*

**IT IS SO ORDERED**.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

Dated this 6th day of October, 2026.